UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 2:13-cv-00099-RLM-JEM |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 71.194.56.83, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### REPORT OF PARTIES' PLANNING MEETING

1. The parties conferred via electronic mail under Fed. R. Civ. P. 26(f) and agreed to this report on October 2, 2013. Paul J. Nicoletti, Esq. participated for the Plaintiff, Malibu Media, LLC, and J. Thomas Vetne, Esq. participated for the Defendant.

2. <u>Jurisdiction</u>. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (district courts having subject matter jurisdiction over matters dealing with a federal question) and 28 U.S.C. § 1338 (district courts having subject matter jurisdiction over matters dealing with patents, copyrights, and trademarks).

3. <u>Pre-Discovery Disclosures</u>. The parties will exchange Rule 26(a)(1) information by **October 17, 2013**.

4. <u>Discovery Plan</u>.

Discovery will be needed on all claims set forth in the complaint and all defenses set forth in the answer.

The parties believe that all discovery proceedings can be completed by **July 31, 2014**.

The parties recommend the following discovery plan:

1

a. The parties anticipate no more than 25 interrogatories and 10 depositions per side including experts.

b. The parties anticipate that the length of depositions will be no longer than 7 hours.

c. The parties anticipate no more that 25 requests for production and/or requests for admission per party.

d. The parties do not have any other recommendation for other planning or discovery orders at this time.

The parties must disclose the identity of any Rule 26(a)(2) witness and the witness's written report (if applicable) by:

- **February 21, 2014** for plaintiff(s);
- **April 22, 2014** for defendant(s); and
- **May 22, 2014** for Rule 26(e) supplements.

5. Other Items.

The last date the parties may seek permission to join additional parties and to amend the pleadings is **January 6, 2014**.

The time to file Rule 26 (a)(3) pretrial disclosures will be governed by separate order.

The case should be ready for jury trial by **December 2014** and at this time is expected to take approximately four days.

6. Alternative Dispute Resolution.  The parties do not wish to participate in Alternative Dispute Resolution at this juncture.  If the parties decide otherwise, they will contact the court for a list of approved mediators.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Paul J. Nicoletti* | By: /s/ *J. Thomas Vetne* |
| Paul J. Nicoletti, Esq. (P44419) | J. Thomas Vetne, Esq. |
| Nicoletti & Associates, PLLC | Jones Obenchain, LLP |
| 36880 Woodward Ave, Suite 100 | 202 S. Michigan St. |
| Bloomfield Hills, MI 48304 | Post Office Box 4577 |
| Tel:  (248) 203-7800 | South Bend, IN 46634-4577 |
| Fax:  (248) 203-7801 | Tel: (574) 233-1194 |
| Email:  paul@nicoletti-associates.com | E-Mail: jtv@jonesobenchain.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Paul J. Nicoletti*