United States District Court
Northern District of Indiana
Hammond Division                                     Case No. 2:13-cv-00099-rlm-jem

Malibu Media, llc

Plaintiff

–v–

John Doe subscriber assigned ip address 71.194.56.83

Defendant

## Appearance

n.d. Ind. l.r. 83-5(e) Notice

To the Clerk and All Parties of Record:

I, the below-signed, state that I have read the *Standards of Professional Conduct within the Seventh Federal Judicial Circuit* and will faithfully adhere to them. I declare, under penalty of perjury, that the foregoing is true and correct.

Enter my appearance as counsel in this case for the defendant, John Doe subscriber assigned ip address 71.194.56.83.

Date: October 10, 2013    /s/ *Brian M. Kubicki*

Brian M. Kubicki | 24760-71

### Jones Obenchain, llp

600 KeyBank Building
202 S. Michigan St.
Post Office Box 4577
South Bend, IN 46634-4577

574.233.1194 | 574.233.8957 fax

bkubicki@jonesobenchain.com

Defendant's Attorney

Case No. 2:13-cv-00099-rlm-jem

## Certificate of Service

On October 10, 2013, I electronically filed this appearance with the clerk using the cm/ecf system which sent notification Paul J. Nicoletti, plaintiff's attorney.

 /s/ Brian M. Kubicki
Brian M. Kubicki | 24760-71