UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA LLC | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 2:13-CV-99-RLM-JEM |
| | ) | |
| JOHN DOE | ) | |
| SUBSCRIBER ASSIGNED IP ADDRESS | ) | |
| 71.194.56.83 | ) | |
| | ) | |
| DEFENDANT. | ) | |

O R D E R

A telephonic scheduling conference is hereby set for **Friday, May 16, 2014 at 1:00 p.m. (E.D.T.)**, with the court to initiate the call. To further the goals of Federal Rules of Civil Procedure 1 and 16(b) and assist the court in preparing for the conference, **the parties are directed to prepare and submit a brief joint status report on or before May 9, 2014 informing the court of the following:**

    (a) the date by which dispositive motions shall be filed;

    (b) the anticipated length of trial, whether issues (for example, liability and damages) should be bifurcated for trial, and whether special verdict forms will be needed at trial (and if so, the issues the verdict forms will have to address);

    (c) the status of settlement negotiations; and

  (d) whether they anticipate requesting any further orders of the court.

The attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for attempting in good faith to agree on the contents of the status report and for submitting the report to the court as required by this order.

SO ORDERED.

ENTERED: <u>October 11, 2013</u>

        <u>/s/ Robert L. Miller, Jr.</u>
        Judge
        United States District Court